**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7470**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

JOHN E. HARGROVE,

    Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  James E. Seibert, Magistrate Judge.  (3:07-cr-00058-JPB-JES-1)

_____

Submitted:  April 16, 2015    Decided:  April 20, 2015

_____

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John E. Hargrove, Appellant Pro Se.  David J. Perri, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John E. Hargrove appeals the district court's order denying various motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hargrove, Case No. 3:07-cr-00058-JPB-JES-1 (N.D.W. Va. Sept. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED